IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 04-20434-Ma |
| | ) | |
| ARTURO MUNOZ, | ) | |
| ALEX MUNOZ, | ) | |
| | ) | |
| Defendants. | ) | |

---

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

---

This cause came on for a report date on April 21, 2005. Defense counsel requested a continuance in order to allow for additional preparation in the case and to allow for the completion of the examination as to the mental competency of defendant Arturo Munoz.

The Court granted the request and continued the trial date to the rotation docket beginning June 6, 2005 at 9:30 a.m., with a report date of Tuesday, May 31, 2005 at 2:00 p.m.

The period from April 21, 2005 through June 17, 2005 is excludable under 18 U.S.C. §§ 3161(h)(8)(B)(iv) and 3161(h)(1)(A) because the interests of justice in allowing for additional time to prepare and the mental evaluation of the defendant outweigh the need for a speedy trial.

**IT IS SO ORDERED** this ___17th___ day of May, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-18-05

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CR-20434 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT