IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 24  PM 3: 09

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                NO. 04-20434-Ma

ARTURO MUNOZ,

    Defendant.

---

### ORDER GRANTING MOTION TO EXTEND EVALUATION DEADLINE

---

On February 1, 2005, the court entered an order for mental health evaluation of the defendant. Defendant was transported to the Federal Medical Center at Lexington, Kentucky. The clinical staff has requested additional time to complete the examination of the defendant. For good cause shown, the request is granted and the Federal Medical Center at Lexington, Kentucky, shall have until June 13, 2005, to complete the mental health evaluation of the defendant.

Trial of this matter is continued to the rotation docket beginning July 15, 2005 at 9:30 a.m. with a report date of Friday, June 24, 2005, at 2:00 p.m. The continuance is necessary to allow the defendant to be examined as to his mental competency.

The period from June 17, 2005, through July 15, 2005, is excluded under 18 U.S.C. § 3161(h)(1)(A) to allow defendant to undergo a mental evaluation.

It is so ORDERED this 23rd day of May, 2005.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CR-20434 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT