IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -6 AM 8: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 04-20434-01-Ma |
| | ) | |
| ARTURO MUNOZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on September 1, 2005, the United States Attorney for this district appearing for the Government and the defendant, Arturo Munoz, appearing in person and with appointed counsel, Mr. Lawrence Kern.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Thereafter, the defendant waived a Presentence Investigation Report and proceeded directly to sentencing.

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 2d day of September, 2005.

/s/ signature

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-13-05

78

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:04-CR-20434 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Honorable Samuel Mays
US DISTRICT COURT